U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2018

TONY R. MOORE  CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSEPH KENNEDY (#454000),          CIVIL ACTION NO. 1:18-CV-713-P
Plaintiff

VERSUS                             JUDGE DEE D. DRELL

BENJAMIN MADDIE,                   MAGISTRATE JUDGE PEREZ-MONTES
Defendant

---

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2ND day of ~~July,~~ August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE